# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MALONE, on behalf of himself and others similarly situated, *Plaintiff* | : : : : | **CIVIL ACTION** |
| v. | : : | |
| UNITED PARCEL SERVICE, INC., *Defendant* | : : | No. 21-3643 |

## ORDER

AND NOW, this 13th day of February, 2023, upon consideration of the Report and Recommendation of Special Master Sandra A. Jeskie (Doc. No. 35) and the discussion at the pretrial conference held on February 13, 2023, it is hereby **ORDERED** that the Report and Recommendation (Doc. No. 35) is **APPROVED** and **ADOPTED.**

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1