IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MALONE, on behalf of himself and others similarly situated,<br>*Plaintiff*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br>*Defendant* | CIVIL ACTION<br><br><br><br><br><br>No. 21-3643 |

## ORDER

**AND NOW**, this 9th day of May, 2023, upon consideration of UPS's Motion to Dismiss (Doc. No. 31), it is hereby **ORDERED** that the Motion (Doc. No. 31) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1