IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MALONE, et al.**, on behalf of themselves and others similarly situated,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>**UNITED PARCEL SERVICE, INC.**,<br><br>          *Defendant*. | **Case No. 2:21-cv-03643-JDW** |

## ORDER

**AND NOW**, this 12th day of December, 2025, upon consideration of Plaintiffs' Motion For Class Certification (ECF No. 104), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1.      This action is certified pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) for the following class:

> All hourly-paid Warehouse Workers who UPS employed at a Plissken PA Facility at any time since August 16, 2018, through the date of class certification and who worked 40 or more hours in one or more workweek, excluding those individuals for whom UPS has a record of their having acknowledged UPS's arbitration agreement. "Warehouse Workers" means employees who work inside a UPS warehouse and are not Full-Time or Part-Time Specialists.

2. Pursuant to Fed R. Civ. P. 23(g)(1) the law firms of Lichten & Liss-Riordan, P.C., Winebrake & Santillo, LLC, and Willig, Williams, & Davidson are appointed as Class Counsel in this matter; and

3. The Parties shall meet and confer in an effort to reach an agreed-upon form and plan of notice for the class on or before January 16, 2026. At that time, they shall submit either a joint proposal or competing proposals with an accompanying memorandum not to exceed 7 pages.

It is **FURTHER ORDERED** that the Parties shall meet and confer about additional steps necessary in this case (*e.g.* expert discovery), including a proposed schedule through summary judgment. They shall submit a joint letter to my Chambers with their respective positions on or before January 30, 2026. I will conduct a telephonic status conference on February 5, 2026, at 2:00 p.m. ET. My Chambers will circulate a dial-in number in advance of that call.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.