**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL MALONE, et al., on behalf of themselves and others similarly situated**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.**,<br><br>*Defendant*. | **Case No. 2:21-cv-03643-JDW** |

**ORDER**

**AND NOW**, this 15th day of September, 2026, upon consideration of Plaintiffs' Motion For Attorneys' Fees And Costs Per ECF No. 76 (ECF No. 121), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and UPS shall pay $499,749.50 in attorneys' fees and $16,669.89 in costs to Plaintiffs' Counsel on or before October 16, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.